IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | No. C 14-0924 JSW (PR) |
| | ) | |
| EDWARD LEE TURNER, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| _____ | ) | |

On February 28, 2014, Plaintiff, a California prisoner, wrote a letter to the Honorable Marilyn Hall Patel Court complaining that she is violating his rights. On the same day, the Clerk notified Plaintiff that she had not filed a complaint or a habeas petition. The Clerk also notified her that day that she had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Along with these deficiency notices, the Clerk mailed to Plaintiff the Court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, Plaintiff was informed that the case would be dismissed if she did not file a complaint and either pay the filing fee or file a completed IFP application within 28 days. No response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: April 18, 2014

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In re

EDWARD LEE TURNER,

Case Number: CV14-00924 JSW

**CERTIFICATE OF SERVICE**

Plaintiff.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Lee Turner
V25872
480 Alta Road
San Diego, CA 93279

Dated: April 18, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk